IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY                                                           PLAINTIFF

v.                         Case No. 4:10-cv-86-DPM

CLEAR TITLE, LLC and JW &
ASSOCIATES, INCORPORATED                                                 DEFENDANTS

JUDGMENT

First American's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

4 May 11